IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>EMMANUEL G ELAZEGUI,<br>ANABELLA D ELAZEGUI<br><br>_____Debtor_____<br>EMMANUEL G ELAZEGUI<br>AND ANABELLA D ELAZEGUI<br><br>                    Plaintiffs<br>-vs-<br><br>WORLD SAVINGS BANK,<br>AKA WACHOVIA<br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 13<br>Case No. 10 B 45716<br><br>Judge: Schmetterer<br>Trustee: Tom Vaughn<br><br><br><br>AP NO. 10 AP 02246 |

## ~~PROPOSED~~ FINDINGS OF FACT AND CONCLUSIONS OF LAW

Findings of fact are based on the filed Adversary Complaint as confessed and the Affidavit of Emmanuel G Elazegui and Anabella D Elazegui.

A. **The Parties**

1. The plaintiffs are Emmanuel G Elazegui and Anabella D Elazegui ("Plaintiffs').

2. The Defendant is WORLD SAVINGS BANK, AKA WACHOVIA ("Defendant").

B. **Factual Background**

1. On October 12, 2010, Plaintiffs filed a petition for relief under Chapter 13 of Bankruptcy code.

2. Plaintiffs own the real estate commonly known as 4552 N. Springfield Ave., Chicago, IL 60625.

3. Wachovia Mortgage holds a first mortgage lien on the real property commonly known as 4552 N. Springfield Ave., Chicago, IL 60625, with a secured claim of $292,416.93.

4. The Defendant holds a second mortgage lien on the real property known 4552 N. Springfield Ave., Chicago, IL 60625 in the approximate amount of $52,000.00.

1

5. That the fair market value at the time of filing of case number 10 B 45716 of the real estate was not more than $270,000.00. On November 4, 2010, zillow.com indicated a value of $256,500.00.

6. The first mortgage lien of Wachovia Mortgage is a secured claim based on the mortgage recorded on January 19,02006 as a document number 0601940144 with the Cook County Recorder of Deeds, Illinois ("1st Mortgage").

7. The second mortgage lien of WORLD SAVINGS BANK, AKA WACHOVIA is a claim based on the mortgage recorded January 19,02006 as a document number 0601940145 with the Cook County Recorder of Deeds, Illinois ("2nd Mortgage").

8. The current Chapter 13 Plan provides the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $510 per month.

9. Under the Plan, general unsecured creditors will be paid a dividend of twelve percent (12%) of their allowed claim.

10. On November 15, 2010, Plaintiffs issued a summons and complaint to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiffs' property located at 4552 N. Springfield Ave., Chicago, IL 60625.

11. That on November 17, 2010 a copy of the summons and complaint was served in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure by Certified U.S. Mail, to an officer of the Defendant at 301 S. College St., Charlotte, NC 28202-6000.

12. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

13. No evidence has been presented to challenge the validity of the secured claim that holds priority over the second mortgage lien.

14. No evidence has been presented to challenge the fair market value of $270,000.00.

15. The secured claim of Wachovia Mortgage in the amount of $292,416.93 exhausts the value and equity in Plaintiffs' residence.

2

Case 10-02246   Doc 11   Filed 01/11/11   Entered 01/12/11 09:08:11   Desc Main
Document   Page 3 of 3

10-02246:6.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 12/13/2010 1:50:16 PM by:David Cutler Page 4 of 4

16. There is no value and equity to support the claim [2d mortgage liens] of the Defendant

## [PROPOSED] CONCLUSIONS OF LAW

**A. Jurisdiction**

1. The contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction overt this matter pursuant to 28 U.S.C. § 157(a) and 1334(b).

2. Venue is proper in this pursuant to 28 U.S.C. § 1409.

**B. Argument**

3. This action was initiated under 11 U.S.C. § 506(a) and F. R. Bankr. P. 3012.

4. The Debtor scheduled the first Wachovia Mortgage secured claim in the amount of $292,416.93 and the second WORLD SAVINGS BANK, AKA WACHOVIA claim in the amount of $52,000.00.

5. That value of Plaintiffs' residence is $270,000.00

6. As there is no value or equity to support the second priority lien of WORLD SAVINGS BANK, AKA WACHOVIA, the second WORLD SAVINGS BANK, AKA WACHOVIA claim is not a claim secured at all by a security interest in the Debtors' residence, as the term is used in § 1322(b) of the Bankruptcy Code. The Chapter 13 plan may value the collateral under FR. Bankr. P.3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtor, and entry of the discharge. *In re Meyer*, 2009 B 20268, Docket Entry 69 (Bankr. N.F.Ill. January 29, 2010). [Following completion of the plan and entry of debtors' discharge, defendant will release its 2d lien within 28 days –]

United States Bankruptcy Judge

JAN 11 2011